UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 15-00174-CV-W-SWH |
| MAGIC TOUCH CLEANING, INC., et al, | ) ) ) |
| Defendants. | ) ) |

## CLERK'S ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and with the entry of the Stipulation of Dismissal with Prejudice filed November 14, 2016 [Doc. 11], it is

ORDERED that this case is DISMISSED WITH PREJUDICE with each party to bear their own costs and fees.

AT THE DIRECTION OF THE COURT
PAIGE WYMORE-WYNN,
Acting Court Executive


By   /s/ Traci Chorny
     Deputy Clerk

Date: November 15, 2016